IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-257-D

JAMES ALLAN BREIT, JR., and )
JUSTIN MARNOCH, individually and )
on behalf of others similarly situated, )
)
)
Plaintiffs, )
)
v. ) **ORDER**
)
GBR PIZZA., d/b/a Domino's, and )
GERALD B. RHODES, )
)
Defendants. )

On October 16, 2019, the parties filed a joint motion for preliminary approval of settlement agreement [D.E. 11]. The court has reviewed the entire record and governing law and GRANTS the motion. The court ORDERS:

1. The following class is certified for settlement purposes only:

   All delivery drivers who worked for Defendant GBR Pizza, Inc. during the period dating three years before October 30, 2019.

Notice shall be sent pursuant to the procedure set forth in the Parties' Settlement and Release Agreement ("Agreement").

2. The court approves the proposed Notice of Class Action Settlement and proposed Claim Form as set forth as an "Exhibit" to the Agreement;

3. The court authorizes a third-party Settlement Claims Administrator, as agreed to by the parties pursuant to the terms of the proposed Agreement, to send settlement notices to all Settlement Class Members containing the court's approved Notice, Claim Form, and a postage paid return envelope addressed to the Settlement Claims Administrator pursuant to the terms of the Agreement;

4. The court approves the proposed schedule and procedure for the final approval of the proposed Agreement and orders that the final approval hearing will be held on February 24, 2020, 2:00 p.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 30 day of October 2019.

JAMES C. DEVER III
United States District Judge