IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-cv-00257-D

| | |
|---|---|
| JUSTIN MARNOCH and JAMES ALLAN BREIT JR., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GBR PIZZA, INC., d/b/a Domino's, and GERALD B. RHODES,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO APPEAR WITHOUT LOCAL COUNSEL FOR HEARING** |

This matter is before the Court upon GBR Pizza, Inc. and Gerald B. Rhodes' (collectively, "Defendants") Unopposed Motion to Appear without Local Counsel for Hearing.

**IT IS ORDERED** that Defendants' Unopposed Motion to Appear without Local Counsel for Hearing be GRANTED and that Matthew R. Korn be permitted to appear without local counsel for the Fairness Hearing set for February 24, 2020.

**IT IS SO ORDERED.**

This the __15__ day of January 2020.

_____
James C. Dever III
United States District Judge