IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00257-D

| | |
|---|---|
| JUSTIN MARNOCH and JAMES ALLAN BREIT JR., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GBR PIZZA, INC., d/b/a Domino's, and GERALD B. RHODES,<br><br>Defendants. | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPEAR WITHOUT LOCAL COUNSEL FOR HEARING** |

This matter is before the Court upon, Plaintiffs, Justin Marnoch and James Allan Breit, Jr., Individually and on behalf of others similarly situated, (collectively, "Plaintiffs"), Unopposed Motion to Appear without Local Counsel for the Fairness Hearing set for February 24, 2020.

IT IS ORDERED that Plaintiffs' Unopposed Motion to for C. Ryan Morgan, Esq. to Appear without Local Counsel for the Fairness Hearing set for February 24, 2020 be GRANTED.

IT IS SO ORDERED.

SO ORDERED. This the **30** day of January 2020.

_____
JAMES C. DEVER III
United States District Judge